UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Richard D. McLaughlin,
Jonathan Lee Riches,
Patrick James Simpson,
Michelle Breeding,
    plaintiffs

v.

Julian Assange,
Rudolph Elmer,
Julius Baer,
Jean-Claude Duvalier,
Rafia Hariri,
The landslides and Floods in Brazil,
Bedbugs,
    defendants

FILED
FEB 01 2011
Clerk, U.S. District
Eastern District of
At Knoxvi

Civil Complaint pursuant to 42 U.S.C. § 1983

Defendants have violated our civil rights with fraud, assault, sex crimes, torture, maiming, pine cones, theft, and terrorism. They seek to radiowarp us because we know they had a gangbang with the Chicago Bulls in the locker room. we are in imminent danger. we seek $55,000,000,000,123,456,385,420.

*[signature]* 1/27/11
Richard D. McLaughlin
#292561
609 East Pence Rd
Cameron, MO 64429

*[signature]* 1-15-11
Jonathan Lee Riches
#40948019
P.O. Box 14500
Lexington, KY 40512

*[signature]* 1/15/11
Patrick James Simpson
#05095036
P.O. Box 14500
Lexington, KY 40512

*[signature]* Michelle Breeding 1/17/11
Michelle Breeding
113 Cox Creek Rd
Cox's Creek, KY 40013