Richard D. McLaughlin #392561 HU3
Western Missouri Correctional Center
609 East Pence Road
Cameron, Missouri 64429

This correspondence is from an inmate in the custody of
the Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov



MAILED FROM:
WESTERN MISSOURI
CORRECTIONAL CENTER

KANSAS CITY MO 641

RECEIVED
FEB -1 2011
Clerk, U.S. District Court
Eastern District of Tennessee

United States District Court
Eastern District of Tennessee
800 Market Street
Knoxville, Tennessee 37902