UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

<u>IN RE: JONATHAN LEE RICHES,</u>　　　　　　　No. 3:11-cv-53

**O R D E R**

This is a civil rights complaint filed by a *pro se* prisoner.[1] Plaintiff did not tender the filing fee nor did he file an application to proceed *in forma pauperis*. The court noted that, while incarcerated, plaintiff has had at least three prior civil rights actions dismissed as frivolous or for failure to state a claim for relief, and thus is not entitled to proceed *in forma pauperis* pursuant to the three-strikes rule. Plaintiff was given 30 days within which to pay the filing fee and he has failed to do so. Accordingly, it is **ORDERED** that plaintiff's complaint be **FILED** for the purpose of making a record and for statistical purposes only, and it is **DISMISSED WITHOUT PREJUDICE**.

**ENTER:**

　　　　　　　　　　　　　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Although the complaint also bears the names and purported signatures of three additional plaintiffs, the court noted that Jonathan Riches, a federal prisoner well known for his many federal court filings across the country and who is subject to the three-strikes rule, is the actual plaintiff.